IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT,                                                                                          PLAINTIFF
ADC #131042

V.                                       5:15CV00194-JM-JTK

RANDY WATSON, et al.,                                                                              DEFENDANTS

# ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. In his objections, Plaintiff contends that he was following the Court's orders by filing this action. Plaintiff previously filed Case 5:15CV00174 JM against eighteen defendants, including all of the defendants named in the instant case. United States Magistrate Judge Joe J. Volpe allowed Plaintiff to amend his complaint. Judge Volpe explained that Plaintiff should restrict his complaint to a single transaction or incident against only the defendants involved in that incident or file a complaint against each defendant and state only those allegations that pertain to that defendant. In the instant action, Plaintiff has sued fifteen defendants. The facts of the case are the same exact facts which Plaintiff filed originally in Case 5:15CV00174. Plaintiff has not limited his complaint to a single occurrence or a single defendant.. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion to Proceed in forma pauperis (Doc. No. 1) is DENIED without prejudice.

2. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, as

duplicative.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 23rd day of June, 2015.

```
_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE
```