# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DEVERICK SCOTT,                                                                                        PLAINTIFF
ADC #131042

v.                                                   5:15CV00194-JM-JTK

RANDY WATSON, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Xavier Butler is DISMISSED from Plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 18th day of April, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE