IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT,
ADC #131042                                                                                          PLAINTIFF

v.                                          5:15CV00194-JM-JTK

RANDY WATSON, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order and for Order to Show Cause, which this Court construes as a Motion for Preliminary Injunction (Doc. No. 91), is DENIED.

IT IS SO ORDERED this 27th day of June, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE